**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: JAIMIE L. WHILES  Case Number: 07-72219
P.O. BOX 3176
ROCKFORD, IL  61106  SSN-xxx-xx-3522

Case filed on: 9/18/2007
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $300.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JAIMIE L. WHILES | 0.00 | 0.00 | 300.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 300.00 | 0.00 |
| 001 | ATTORNEY EDWIN JONES III | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COMED CO | 175.52 | 175.52 | 0.00 | 0.00 |
| 003 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | T-MOBILE | 324.87 | 324.87 | 0.00 | 0.00 |
| 005 | B-REAL LLC | 684.46 | 684.46 | 0.00 | 0.00 |
| 006 | LDG FINANCIAL SERVICES, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ILLINOIS STUDENT ASSISTANCE COMM | 8,644.93 | 8,644.93 | 0.00 | 0.00 |
| 008 | TDS METROCOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 296.63 | 296.63 | 0.00 | 0.00 |
| 010 | WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | WM APARTMENT RENTALS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 10,126.41 | 10,126.41 | 0.00 | 0.00 |
|  | Grand Total: | 10,126.41 | 10,126.41 | 300.00 | 0.00 |

Total Paid Claimant:      $300.00
Trustee Allowance:        $0.00       Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00        discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008         By  /s/Heather M. Fagan